UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORNELIUS EDGERTON,<br><br>Plaintiff,<br>v.<br><br>STERLING INFOSYSTEMS, INC.,<br><br>Defendant. | Civil Action No.: 1:24-cv-05927-ENV-PK<br><br>**NOTICE OF SETTLEMENT** |

Defendant Sterling Infosystems, Inc. ("Sterling"), by and through its counsel, and with the consent of Plaintiff, hereby provides notice to the Court that this matter has been resolved as to all of Plaintiff's claims against Sterling. The parties anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. Accordingly, the parties respectfully request that all deadlines be stayed.

Dated: March 5, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: *<u>/s/ John W. Drury</u>*

John W. Drury
jdrury@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Counsel for Defendant*
*Sterling Infosystems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the District Court using the Court's CM/ECF method, which sent notification of such filing to all counsel of record.

By: */s/John W. Drury*___________________
John W. Drury